NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000008
08-AUG-2022
07:50 AM
Dkt. 53 OAWST

NO. CAAP-22-0000008

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PAUL J. SCHLATHER, Trustee of the Paul J. Schlather
Revocable Trust dated February 5, 1999, as
amended, ROBERT BRET HYTER, JOHN W. HAGEY and
SONIA J. MAZUREK, Trustees of the GCL Revocable
Trust dated December 11, 2021, GERALD LEONARD
GALLAGHER and AMY SUSAN GALLAGER, ROBERT SAMUEL
PHILIPSON and JUSTINE DENEMARK PHILIPSON, SHEEHAN
PROPERTY, LLC, a South Dakota Domestic Limited
Liability Company, JOSEPH WESLEY SHEEHAN and
PATRICIA ELIZABETH SHEEHAN, Plaintiffs-Appellants,
v. BOARD OF DIRECTORS OF THE ASSOCIATION OF
APARTMENT OWNERS OF POIPU KAPILI, Defendant-
Appellee, and JOHN DOES 1-10; JANE DOES 1-10; DOE
PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; AND DOE
ENTITIES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-21-0000033)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the August 4, 2022 Stipulation
for Dismissal with Prejudice (Stipulation) filed by Plaintiffs-
Appellants Paul J. Schlather, Trustee of the Paul J. Schlather
Revocable Trust dated February 5, 1999, as amended, Robert Bret
Hyter, John W. Hagey and Sonia J. Mazurek, Trustees of the GCL
Revocable Trust dated December 11, 2021, Gerald Leonard Gallagher
and Amy Susan Gallagher, Robert Samuel Philipson and Justine
Denemark Philipson, Sheehan Property, LLC, Joseph Wesley Sheehan
and Patricia Elizabeth Sheehan (Appellants), the papers in
support, and the record, it appears that:

(1) the appeal has been docketed;

(2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and with each party to bear its own attorneys' fees and costs; and

(3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal.

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, August 8, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge